```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 31965
   GREGORY DALE REED
   AVILIA REED                                CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3108    SSN XXX-XX-4476

----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     The case was filed on 08/12/2005 and was confirmed 09/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  28.30% from remaining funds.

     The case was paid in full 09/16/2008.
----------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
----------------------------------------------------------------------------
BEST BUY                     SECURED                 .00          .00             .00
RESURGENT ACQUISITION LL     UNSECURED OTH      11788.08          .00         3336.38
ECAST SETTLEMENT CORP        UNSECURED          5936.61           .00         1680.18
ROUNDUP FUNDING LLC          UNSECURED          4516.69           .00         1278.31
RESURGENT ACQUISITION LL     UNSECURED OTH     14400.31           .00         4075.72
RESURGENT ACQUISITION LL     UNSECURED         12316.28           .00         3485.75
ROUNDUP FUNDING LLC          UNSECURED          3026.31           .00          856.51
PETER FRANCIS GERACI         DEBTOR ATTY       2,700.00                       2,700.00
TOM VAUGHN                   TRUSTEE                                          1,127.15
DEBTOR REFUND                REFUND                                             340.81

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                18,880.81

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                      14,712.85
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            1,127.15
DEBTOR REFUND                                     340.81
                       --------------         --------------
TOTALS                 18,880.81              18,880.81
```

             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 31965 GREGORY DALE REED & AVILIA REED

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 12/22/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE